FILED

SEP 2 5 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
　　　　　　　　　　DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
(SAN ANTONIO DIVISION)

| | |
|---|---|
| LEE CONSTRUCTION AND MAINTENANCE COMPANY d/b/a LMC CORPORATION<br>　　　　Plaintiff,<br><br>v.<br><br>INGRAM INDEPENDENT SCHOOL DISTRICT<br>　　　　Defendant. | JURY DEMAND<br><br><br><br><br>CASE NO.<br><br>SA19CA1158DAE |

### PLAINTIFF'S ORIGINAL COMPLAINT

Lee Construction and Management Company, d/b/a LMC Corporation, ("LMC") files its original Compliant against Defendant, Ingram Independent School District, ("Ingram ISD" or "District") and alleges as follows:

#### I. PRELIMINARY STATEMENT OF THE CASE

This case involves contract with Ingram ISD for the renovation of an existing open metal frame structure into an enclosed classroom facility. Ingram ISD is in Kerr County, Texas which is within this judicial district.

#### II. PARTIES

1.　　Plaintiff is an Oklahoma Corporation authorized to do business in Texas with a corporate office in Houston, Texas.

2.　　Ingram ISD is a resident of Texas.

### III.   JURISDICTION AND VENUE

4. This Court has jurisdiction over this action by virtue of 28 U.S.C. §1332, as complete diversity exists and the matter in controversy exceeds the sum of $75,000.00 exclusive of interest and costs. Venue is proper in this district by virtue of 28 U.S.C. § 1391(a)(2).

### COUNT I
### (Breach of Contract)

4. At the request of Ingram ISD, LMC presented proposals for the construction project which involved the renovation and conversion of an existing open frame metal structure into an enclosed classroom facility which would be known as the Middle School Science Wing Renovation, under mutually agreeable specifications.

5. Thereafter, Ingram ISD issued to LMC a Purchase Order number 19086 dated December 18, 2014 in the amount of $1,782,328.54 for the stated purpose of "MS Science Wing Renovation" (hereinafter sometimes referred to as "the project").

6. After the issuance of the Purchase Order, and upon request of Ingram ISD, LMC provided additional pricing proposals which were reviewed and approved by Ingram ISD, resulting in the determination of a "Work Order Fixed Price" of $1,630,150.02, with a contingency amount of $152,178.52, for a total contract value of $1,782,328.54, all as authorized by the Purchase Order.

7. During the construction process, changes were requested by Ingram ISD and change orders approved, implemented, and charged against the contingency as agreed, resulting in a final contract value and price of $1,746,662.86.

8. LMC delivered the project to Ingram ISD, which obtained occupancy prior to the start of the 2015-2016 fall semester, consistent with the occupancy objectives, of the project.

9. On or about September 29, 2015, LMC delivered to Ingram ISD its final invoice for payment of the balance of the contract price in the amount of $169,739.95.

10. On February 18, 2016, LMC delivered to Ingram ISD it Notice of Default for non-payment .

11. Ingram ISD has wholly failed, neglected and refused to pay LMC as invoiced for the work performed according to the contract terms.

12. Defendant is indebted to LMC in the sum of $169,739.95, together with interest thereon.

WHEREFORE, LMC prays judgment be entered against Defendant in the sum of $169,739.95 together with an attorney fee, its costs, interest and such further relief as the Court deems just and proper.

*David E Wheeler*
DAVID E. WHEELER, State Bar # 21254000
3030 North West Loop 410
San Antonio, TX  78230
Telephone:  (210) 828-6777
Facsimile: (210) 822-8009
E-mail:  davidewheeler1@yahoo.com

GODLOVE, MAYHALL, DZIALO & DUTCHER

/s/ Edward W. Dzialo

Edward W. Dzialo, Jr., O.B.A. #2579
J. Blake Dutcher, Jr., O.B.A. # 2565
802 "C" Avenue P.O. Box 29
Lawton, Oklahoma 73502
Telephone: (580) 353-6700
Facsimile: (580) 353-2900
E-mail: ewd@gmdde.com

Attorneys for Plaintiff

**ATTORNEY'S LIEN CLAIMED**

4